| | | | |
|---|---|---|---|
| Cedarbrook Plaza, Inc. v. Storage Partners............................... | 282 EDA 2016 Quashed | 02/13/2017 | No. 10–15608 (Montgomery) |
| Com. v. Htut......................... | 326 EDA 2016 Affirmed Application to Withdraw as Counsel Granted | 02/13/2017 | CP–39–CR–0000308–2014 (Lehigh) |
| Williams v. Williams ................. | 430 EDA 2016 Affirmed | 02/13/2017 | 409–2013–DR (Wayne) |
| Com. v. Beech ....................... | 628 EDA 2016 Affirmed | 02/13/2017 | CP–09–CR–0006115–2014 (Bucks) |
| Com. v. Tedesco ..................... | 787 EDA 2016 Affirmed | 02/13/2017 | CP–45–CR–0002228–2013 (Monroe) |
| M & T Bank v. ACLI Trading, LLC ..... | 816 EDA 2016 Affirmed | 02/13/2017 | 150201107 (Philadelphia) |
| Com. v. Howarth..................... | 839 EDA 2016 Affirmed | 02/13/2017 | CP–09–CR–0001359–2015 (Bucks) |
| Com. v. Gaither ...................... | 1218 EDA 2016 Affirmed Application to Withdraw as Counsel Granted | 02/13/2017 | CP–09–CR–0002204–2015 (Bucks) |
| Com. v. Levanduski .................. | 1970 EDA 2016 Affirmed | 02/13/2017 | CP–45–CR–0001519–2002 (Monroe) |
| Com. v. Strickland ................... | 2312 EDA 2016 Affirmed | 02/13/2017 | CP–23–CR–0002045–2002 (Delaware) |
| In the Interest of: S.J.M–B. ............ | 2463 EDA 2016 Affirmed | 02/13/2017 | CP–51–AP–0000603–2016 (Philadelphia) |
| In the Interest of: S.M.M–B. ........... | 2464 EDA 2016 Affirmed | 02/13/2017 | CP–51–AP–0000604–2016 (Philadelphia) |
| In the Interest of: A.A.S. ............... | 2848 EDA 2016 Affirmed | 02/13/2017 | CP–51–DP–0001784–2013 (Philadelphia) |
| In the Interest of: A.A.S. ............... | 2850 EDA 2016 Affirmed | 02/13/2017 | CP–51–AP–0000849–2015 CP–51–DP–0001785–2013 (Philadelphia) |
| Hetrick v. ManorCare of Carlisle, PA ... | 266 MDA 2014 Reversed and Remanded | 02/13/2017 | 11–7979 (Cumberland) |